# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

This document relates to:

Alexander v. Medtronic, Inc., Civ. No. 07-4519

---

      Plaintiff's Motion for Disqualification (Recusing) of Judge Richard H. Kyle

Pursuant to 28 U.S.C. Section 445(a) and (b)(1) (Doc. No. 58) is **DENIED**.

Dated: December 10, 2009

    s/Richard H. Kyle
    RICHARD H. KYLE
    United States District Judge